DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2711
Email: melissa.childs@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | 01 CR 058 (LTS) |
|---|---|
| -v- | **NOTICE OF APPEARANCE** |
| JOSEPH AMATO | |

    Please take notice that the undersigned Assistant United States Attorney has been designated as counsel regarding restitution matters in the above-captioned cause.

Dated:    December 12, 2024
            New York, New York

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

            By:    */s/ Melissa A. Childs*
                    MELISSA A. CHILDS
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Tel.: (212) 637-2711
                    E-mail: melissa.childs@usdoj.gov