

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 2, 2017

2002A64337/001

Joseph Amato


Re: United States v. Joseph Amato
Court No.: 01 CR 0058-3 (LTS)

Dear Mr. Amato:

Thank you for returning your completed financial statement. We have reviewed the statement and, based on your current financial status, we will accept monthly payments toward the judgment in the amount of $331.00. Please make your next payment by October 20, 2017. Please note that this payment agreement is for a period of one year. At the end of that time, we will review your financial status, and may adjust your monthly payments accordingly.

Please note that if you default on this agreement, the Government will immediately refer your debt to the United States Treasury for the purpose of collecting your debt through the Treasury Offset Program. Under this program, the Government will withhold all of your federal payments, including tax refunds and social security benefits.

You will receive monthly billing statements on or before the first week of each month. Please make your certified check or money order payable to the Clerk of the Court, and write your court number (01 CR 0058-3 (LTS)-NYS) on all payments, and return it in the envelope provided with your statement. If you do not receive a statement for a particular month, you are nonetheless responsible for making a timely payment. In that event, please mail your payment to:

United States District Courthouse,
Southern District of New York,
500 Pearl Street, Room 120,
New York, NY 10007
Attn: Cashier

If you fail to make a timely payment or do not accept the Government's monthly payment offer, the Government may attach any non-exempt personal property that you now own or may acquire in the future and begin garnishment proceedings.

-2-

If you have any questions, please do not hesitate to call.

                Very truly yours,

                JOON H. KIM
                Acting United States Attorney

                KATHLEEN A. ZEBROWSKI
                Assistant United States Attorney

By: _____
       MARIA A. COTTO
       Financial Investigator
       Telephone No.: (212) 637-2806